Timothy Jonathan **LUNDBERG,**
Plaintiff–Appellant,

v.

A. Howard **MATZ, Honorable; et
al., Defendants–Appellees.**

No. 00–56691.

D.C. No. CV–00–05610–LGB.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and
GOULD, Circuit Judges.

MEMORANDUM **

Timothy Lundberg appeals pro se the
district court's dismissal of his action alleging
that his constitutional rights were violated
during proceedings in a criminal case
in which Lundberg was a defendant. We
have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review de novo the district
court's dismissal, *Tanner v. Heise,* 879
F.2d 572, 576 (9th Cir.1989), and we affirm.

Because Lundberg complained only of
Judge Matz's judicial acts, the district
court properly ruled that Lundberg's
claims against Judge Matz were barred by
absolute judicial immunity. *See Stump v.
Sparkman,* 435 U.S. 349, 356–57, 98 S.Ct.
1099, 55 L.Ed.2d 331 (1978); *Mullis v.*

*United States Bankr. Court for the Dist. of
Nev.,* 828 F.2d 1385, 1394 (9th Cir.1987).

Because Lundberg failed to allege in his
complaint Layon's misrepresentations,
knowledge of falsity and intent to defraud
with sufficient specificity, the district court
properly dismissed Lundberg's promissory
fraud claim. *See Engalla v. Permanente
Med. Group,* 15 Cal.4th 951, 64 Cal.
Rptr.2d 843, 938 P.2d 903, 917 (Cal.1997);
*Moore v. Brewster,* 96 F.3d 1240, 1245–46
(9th Cir.1996).

Lundberg did not raise any contentions
regarding the dismissal of U.S. Attorney
Mayorkas and the United States District
Court for the Central District of California
on appeal.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publication
and may not be cited to or by the
courts of this circuit except as may be provided
by 9th Cir. R. 36–3.

